# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DAVID TROUPE

*Plaintiff*

v.

CHARLES W. PEASE, DONALD HOLBROOK, RONALD KNIGHT, KITZI BRANNOCK, CHRISTOPHER BOWMAN, JON COERS, DEANNA BARKER and STEVEN FLEENOR,

*Defendant*

Civil Action No. 4:15-CV-5021-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Edward F. Shea granting  a motion for

Voluntarily Dismissal. Case is dismissed WITHOUT PREJUDICE.

Date:  July 20, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Renea Grogan

*(By) Deputy Clerk*

Renea Grogan